UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RODNEY OWEN SKURDAL, | Case No. CV-22-92 -BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| UNITED STATES OF AMERICA and COMMISSIONER OF THE IRS, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendants and against Plaintiff as stated in the Courts Order E.C.F. 55, entered on August 15, 2023.

Dated this 15th day of August 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk